July 20, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

COOPER VALVES, LLC AND BARRY DON HOEFFNER, Appellants

NO. 14-16-00879-CV               V.

VALVTECHNOLOGIES, INC., Appellee

_____

This cause, an appeal from the temporary injunction order in favor of appellee, ValvTechnologies, Inc., signed October 27, 2016, was heard on the transcript of the record. We have inspected the record and find error in the temporary injunction order. We therefore order the temporary injunction of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, ValvTechnologies, Inc.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.